## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re Central Maine Power
Company *et al.*,

      *Petitioners.*

Case No. 26-1086

## MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Fed. R. App. P. 42, petitioners Central Maine Power Company, Eversource Energy Service Company (on behalf of its operating company affiliates: The Connecticut Light and Power Company, NSTAR Electric Company, and Public Service Company of New Hampshire), and The United Illuminating Company (collectively, the Indicated NETOs) hereby submit this motion for voluntary dismissal of the Petition for Extraordinary Writ Under the All Writs Act to Stay Order of the Federal Energy Regulatory Commission.

To receive extraordinary relief under the All Writs Act, a petitioner must show that (1) "the statutorily prescribed remedy is clearly inadequate" and (2) it "has satisfied the 'well established requirements that [this Court] routinely appl[ies] to motions for stay pending appeal.'" *In re NTE Connecticut, LLC*, 26 F.4th 980, 987 (D.C. Cir. 2022) (quoting

1

*Reynolds Metals Co. v. FERC*, 777 F.2d 760, 762 (D.C. Cir. 1985)).  On June 5, 2026, after their request for rehearing was deemed denied by operation of law, a group of New England transmission owners, including the Indicated NETOs, filed a petition for review in this Court of *Coakley et al. v. Bangor Hydro-Elec. Co. et al.*, Opinion No. 594, 194 FERC ¶ 61,208 (2026).[1]  *See* Docket No. 26-1150 (consolidated with Nos. 20-1329, 26-1123).  Given the urgent need for judicial review, the NETOs elected to file the petition for review well in advance of the Federal Power Act's 60-day deadline of July 20, 2026.  16 U.S.C. § 825*l*.

Because the Indicated NETOs now seek judicial review of Opinion No. 594 in the ordinary course, the procedural vehicle of a stay pending appeal is now the appropriate vehicle through which to seek the required injunctive relief.  Thus, contemporaneously with this motion, the Indicated NETOs are filing a motion for stay pending appeal in Docket No. 26-1150 (consolidated).

---

[1] The NETOs' request for rehearing of Opinion No. 594 was deemed denied by operation of law.  *See* Notice of Denial of Rehearing by Operation of Law, 195 FERC ¶ 62,112 (May 21, 2026).

Accordingly, the Indicated NETOs respectfully move to voluntarily dismiss their Petition for Extraordinary Writ, with all parties to bear their own fees and costs.

Dated: June 15, 2026

Mary E. Grover
Colin Francis
Eversource Energy Service Company
247 Station Drive, SE100
Westwood, MA 02090
(781) 441-8696
mary.grover@eversource.com
colin.francis@eversource.com

Respectfully submitted,

*/s/ Michelle S. Kallen*
Michelle S. Kallen
Karen Bruni
Shaun Boedicker
Michael Zschokke
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-6415
mkallen@steptoe.com
kbruni@steptoe.com
sboedicker@steptoe.com
mzschokke@steptoe.com

*Counsel for Eversource Energy Service Company on behalf of The Connecticut Light and Power Company, NSTAR Electric Company, and Public Service Company of New Hampshire*

Noelle M. Kinsch
Avangrid Networks, Inc.
80 State Street, 12th Floor
Albany, NY  122207
(518) 461-6984
noelle.kinsch@avangrid.com

Catherine McCarthy
Bracewell LLP
2001 M Street, NW
Washington, DC 20036
(202) 828-5839
cathy.mccarthy@bracewell.com

*Counsel to Central Maine Power Company and The United Illuminating Company*

## CERTIFICATE OF COMPLIANCE

I, Michelle S. Kallen, counsel for Eversource Energy Service Company on behalf of The Connecticut Light and Power Company, NSTAR Electric Company, and Public Service Company of New Hampshire, hereby certify pursuant to Fed. R. App. P. 32(g) that this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) and, pursuant to Fed. R. App. P. 27(d)(1)(E), the typeface and type-style requirements of Fed. R. App. P. 32(a)(5)–(6).  The motion was prepared in a proportionally spaced typeface using 14-point, Century font, and contains 353 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

*/s/ Michelle S. Kallen*
Michelle S. Kallen
Steptoe LLP
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-6415
mkallen@steptoe.com

*Counsel for Eversource Energy Service Company on behalf of The Connecticut Light and Power Company, NSTAR Electric Company, and Public Service Company of New Hampshire*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 15, 2026, I electronically filed the foregoing document with the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system.  I certify that the counsel of record for Appellees are registered as ECF Filers and that they will be served by the CM/ECF system.

/s/ Michelle S. Kallen
Michelle S. Kallen
Steptoe LLP
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-6415
mkallen@steptoe.com

*Counsel for Eversource Energy Service Company on behalf of The Connecticut Light and Power Company, NSTAR Electric Company, and Public Service Company of New Hampshire*