# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1086**                    **September Term, 2025**

**FERC-EL11-66-001**
**FERC-EL11-66-004**
**FERC-EL11-66-005**
**FERC-EL13-33-000**
**FERC-EL13-33-002**
**FERC-EL14-86-000**
**FERC-EL16-64-000**
**FERC-EL16-64-002**
**FERC-ER15-414-004**

**Filed On: August 3, 2026**

In re: Central Maine Power Company, et al.,

      Petitioners

------------------------------

New England Power Company and
Connecticut Public Utilities Regulatory
Authority,
      Intervenors

## O R D E R

Upon consideration of petitioners' motion for voluntary dismissal and the response thereto, it is

**ORDERED** that the motion be granted and this petition be dismissed.

No mandate will issue.

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

BY:   /s/
          Francis A. Walter
          Deputy Clerk